# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. ROBERT JOSEPH DALE CLINKENBEARD, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 18-CR-4064<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Jessica Donels<br>Official Court Record: Shelly Semmler  Contract? No<br>Contact Information: Shelly_Semmler@iand.uscourts.gov |

| Date: | 3/25/19 | Start: | 10:00 a.m. | Adjourn: | 10:24 a.m. | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | n/a | | | Time in Chambers: | n/a | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Mikala Steenholdt | | | | | | |
| | Defendant(s): | Doug Roehrich | | | | | | |
| | U.S. Probation: | PO Chad Zach | | | | | | |
| | Interpreter: | n/a | | Language: | -- | Certified: | -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|
| Objections to PSIR: | Withdrawn/resolved by parties | | | Ruling: | |
| Motions to vary/depart: | Add'l reduction acceptance of responsibility<br>Def. mot. for downward variance | | | Ruling: | Granted, lvl 19 crim hist III denied |
| Count(s) dismissed: | Counts 2 & 3. | | | | |
| Sentence (See J & C): | Count 1: 37 mos, Count 4: 37 mos (concurrently with Count 1). Count 5: 60 months (consecutively with Counts 1 and 4). Total sentence: 97 months. | | | | |
| Fine: | Waived | | | Special assessment: | $300 |
| Supervised Release: | Special conditions from PSIR¶¶ 115-19 imposed. | | | | |
| Court's recommendations (if any): | RDAP. Recommendation for Oxford or Sandstone | | | | |
| Defendant is | X Detained | Released | and shall report | | |
| **Witness/Exhibit List is** | Defense exs. 1-7 admitted, previously filed at Doc. No. 32 & attachments. | | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7. | | | | | |
| **Miscellaneous:** | | | | | |