# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT JOSEPH DALE CLINKENBEARD, a/k/a Bobby,

    Defendant.

No. 18-CR-4064-LTS

**ORDER**

_____

    This matter is before the court on Defendant Robert Joseph Dale Clinkenbeard's motion for return of property (Doc. 39). Defendant, having been sentenced, filed the motion pro se. The court finds the United States should be required to respond to the motion. Accordingly, IT IS ORDERED the United States shall file a response to Defendant's motion for return of property by **May 10, 2019**.

    **IT IS SO ORDERED** this 30th day of April, 2019.

*Kelly K.E. Mahoney*
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa