# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-4064-LTS |
| Plaintiff, | |
| vs. | **REPORT & RECOMMENDATION** |
| ROBERT JOSEPH DALE CLINKENBEARD, a/k/a Bobby, | |
| Defendant. | |

_____

Defendant Robert Joseph Dale Clinkenbeard moves pro se for the return of property (Doc. 39) following his sentencing in this case (Docs. 35, 36). The Government does not resist the motion. Doc. 41. Accordingly, I RESPECTFULLY RECOMMEND that the district court grant Defendant Clinkenbeard's motion (Doc. 39).

**DONE AND ENTERED** this 23rd day of May, 2019.

*[Signature: Kelly K.E. Mahoney]*
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa