# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-4064-LTS |
| Plaintiff, | |
| vs. | |
| ROBERT JOSEPH DALE CLINKENBEARD, a/ka/ "Bobby", | **MEMORANDUM OPINION AND ORDER ON REPORT AND RECOMMENDATION** |
| Defendant. | |

_____

Defendant Robert Joseph Dale Clinkenbeard filed a pro se motion (Doc. No. 39) for the return of property following his sentencing. The Government filed a response (Doc. No. 41) indicating that it does not resist the motion. On May 23, 2019, the Honorable Kelly K.E. Mahoney, United States Magistrate Judge, issued a Report and Recommendation (R&R) in which she recommended that I grant the motion. Doc. No. 42. Neither party has objected to the R&R and the deadline for such objections has expired. Because the parties did not object, I have reviewed the R&R for clear error and find no error in Judge Mahoney's recommendation.

As such, the R&R (Doc. No. 42) is **accepted** and the defendant's motion (Doc. No. 39) for the return of property is **granted**. The Government shall return the property to defendant's brother, William Clinkenbeard, as requested in the motion.

**IT IS SO ORDERED.**

**DATED** this 17th day of June, 2019.

_____
Leonard T. Strand, Chief Judge