# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1517

United States of America

Appellee

v.

Robert Joseph Dale Clinkenbeard, also known as Bobby

Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa - Western
(5:18-cr-04064-LTS-1)
_____

**MANDATE**

In accordance with the judgment of March 28, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 25, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit